Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. ELIZABETH A. DOLAN, Appellant, for Compensation under the Workmen's Compensation Law, v. GREAT LAKES DREDGE AND DOCK COMPANY and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by BRYAN DOWLING, Appellant, under the Workmen's Compensation Law, v. THOMAS B. DOWLING, Employer, and FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HENRY W. RIDOUT, Respondent, for Compensation under the Workmen's Compensation Law, v. RODGERS AND HAGERTY, INC., Employer, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JAMES A. HENDERSON, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN DONOVAN COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of IDA MAY COOLEY, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of JOHN COOLEY, v. AMERICAN LA FRANCE FIRE ENGINE COMPANY, Employer; THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRESIDENT AND TRUSTEES OF THE INCORPORATED VILLAGE OF WALTON, DELAWARE COUNTY, and Twenty-six Citizens and Property Owners of Said Village v. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT OF NEW YORK, and WALTON PEOPLE'S TELEPHONE COMPANY, INC., Defendants.— Reargument ordered and case set down for September twenty-fourth, ten A. M. (See 182 App. Div. 904.)

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM S. BARLOW.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL J. HARRIS, Relator, v. BORDEN D. SMITH, Mayor, and Others, the Members of and Composing the Common Council of the City of Johnstown, New York, Respondents. — Writ dismissed and determination unanimously confirmed, with ten dollars costs and disbursements. H. T. Kellogg, J., not sitting.

WILLIAM H. SMITH, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 14682.) — Judgment affirmed, with costs, on the authority of *Remington* v. *State of New York* (116 App. Div. 522). All concurred, except John M. Kellogg, P. J., dissenting on the ground that the maintenance of the park was a governmental function. (*Barrett* v. *State of New York*, 220 N. Y. 423.)

COUNTY OF SULLIVAN, Appellant, v. CORNELIUS E. DOWNIE, Defendant,